IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND SAMUEL L. HUEY, REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE, | ) ) ) ) Civil Action No. 06-1461 |
| Plaintiffs, | ) CHIEF JUDGE AMBROSE |
| v. | ) ELECTRONICALLY FILED |
| WILLIAM J. KANE, | ) |
| Defendant. | ) |

**STIPULATION OF PLAINTIFF OF DISMISSAL WITHOUT PREJUDICE**

After the filing of all necessary forms and tax returns by Defendant and upon acceptance of same after an initial review by Internal Revenue Service revenue officers, it is hereby stipulated that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned case be dismissed without prejudice, each party to bear their own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

s/Paul E. Skirtich
PAUL E. SKIRTICH
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7418
PA ID No. 30440

Counsel for Plaintiffs

**ORDER**

AND NOW, to wit, this 22nd day of January, 2007, it is so ORDERED.

_____
CHIEF UNITED STATES DISTRICT JUDGE